

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00322-CV
No. 07-26-00086-CV

---

KARA CUNNINGHAM, APPELLANT

V.

PATRIOT MOBILE LLC D/B/A PATRIOT MOBILITY LLC
AND EVERETT TROST, APPELLEES

---

On Appeal from the 352nd District Court
Tarrant County, Texas
Trial Court No. 352-350277-24, Honorable Joshn Burgess, Presiding[1]

---

February 9, 2026

## ORDER OF SEVERANCE AND DISMISSAL

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Kara Cunningham, sued Appellees, Patriot Mobile LLC d/b/a Patriot Mobility LLC[2] and Everett Trost, Chief Operating Officer, for various violations of the Texas Labor Code following her dismissal from employment. She also sought declaratory

---

[1] This cause was originally filed in the Second Court of Appeals and was transferred to this Court by a docket-equalization order of the Supreme Court of Texas. *See* TEX. GOV'T CODE § 73.001. In the event of any conflict, we apply the transferor court's case law. TEX. R. APP. P. 41.3.

[2] Patriot Mobile asserts Cunningham incorrectly named it "Patriot Mobility LLC."

relief and alleged gross negligence. By separate orders, the trial court granted Patriot Mobile's motion for summary judgment, plea to the jurisdiction, supplemental motions thereto, and Trost's motion for summary judgment.

Now pending before this Court is a *Partial Motion to Dismiss Appeal as to Claims Against Appellee*, *Everett Trost*, filed by Cunningham. She asserts that by her brief, any claims against Trost were abandoned and requests he be dismissed as a party to this appeal pursuant to Rule 42.1(a)(1) of the Texas Rules of Appellate Procedure. Counsel for Trost does not oppose the motion. Granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled.

Accordingly, we sever Cunningham's appeal against Trost into Cause Number 07-26-00086-CV, grant Cunningham's motion to dismiss as to Trost, and dismiss the appeal as to him. *See* TEX. R. APP. P. 42.1(b) (permitting disposition of severable portions of an appeal if it will not prejudice remaining parties). Costs of the severed appeal shall be taxed against Cunningham. *See id.* at 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Also pending in this Court is Trost's *Motion to Stay Response Brief Pending Disposition of Appellant's Motion to Dismiss*. Our severance and disposition of the appeal as to Trost renders his motion moot.

Cunningham's appeal against Patriot Mobile LLC shall proceed in due course under appellate cause number 07-25-00322-CV.

It is so ordered.

Per Curiam

2